NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN ROBERTS,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-3351
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.


PER CURIAM.


            Affirmed.


KHOUZAM, MORRIS, and SALARIO, JJ., Concur.